1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANFIELD PARTNERSHIP #2 LP,<br>    Plaintiff,<br><br>v.<br><br>CAL PLATE, INC. a California corporation, AND DOES 1 THROUGH 10, INCLUSIVE,<br>    Defendants.<br><br>CAL PLATE,<br>    Counterclaimant,<br><br>v.<br><br>MANFIELD PARTNERSHIP #2 LP,<br>    Counterdefendant.<br><br>CAL PLATE,<br>    Third-Party Plaintiff<br><br>v.<br><br>T&T Industries, Inc., an Arizona corporation, AND ROES 1 THROUGH 10, INCLUSIVE,<br>    Third-Party Defendants | Case No.: 2:21-cv-07860-AS<br><br>Hon. Alka Sagar<br><br>**[PROPOSED] ORDER RE: JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**<br><br>Complaint Filed:   October 1, 2021<br>FAC Filed:             November 16, 2021<br>3rd-Party Complaint Filed:<br>                              December 2, 2021 |

[PROPOSED] ORDER RE: JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# **ORDER**

The stipulation of the parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) is approved.

The action against Third-Party Defendant **T and T Industries, Inc.** is hereby dismissed without prejudice, with each party to bear its own attorney's fees and costs.

IT IS SO ORDERED.


DATED: December 5, 2022


By: _____/ s / Sagar_____
HON. ALKA SAGAR
United States District Magistrate Judge